**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:12-cr-40-J-99TJC-PDB

RICHARD J. JOHNSTON

## **ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT**

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by the Honorable Thomas E. Morris, Ret. United States Magistrate Judge (Doc. 61), to which there was no objection, and accepts the defendant's plea of guilty to Count One of the Superseding Information, and the defendant is adjudged guilty of such offense.

After entry of the Report and Recommendation (Doc. 61), the defendant filed a Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case (Doc. 63) indicating consent to Judge Morris conducting all further proceedings in this case, including sentencing. On November 4, 2013, this case was reassigned to the Honorable Patricia D. Barksdale, United States Magistrate Judge. Therefore, it is

**ORDERED:**

No later than **November 22, 2013**, defendant shall file a Notice indicating whether he consents to Judge Barksdale conducting all further proceedings in this case, including sentencing.

Sentencing for defendant shall be scheduled upon receipt of the Notice by defendant.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of November, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Hon. Patricia D. Barksdale, U.S. Magistrate Judge
Mac D. Heavener, III, AUSA
Mitchell A. Stone, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant